### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

      **v.**                                     Case No. 12-cr-52-PB

<u>Edward Keating, et al.</u>


## <u>O R D E R</u>


The defendant has moved to continue the August 21, 2012 trial in the above case, citing the need for additional time to engage in plea negotiations or prepare for trial. The government and co-defendant, Ian Fitzmorris, do not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 21, 2012 to October 2, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The August 1, 2012 final pretrial conference is continued
to September 25, 2012 at 3:15 p.m.  No further continances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 24, 2012

cc:  David Bownes, Esq.
     Jonathan Saxe, Esq.
     Debra Walsh, AUSA
     United States Marshal
     United States Probation