```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                Case No. 12-cr-52-02-PB

**Ian Fitzmorris**


**O R D E R**

The defendant has moved to continue the October 2, 2012 trial in the above case, citing the need for additional time to participate in the pretrial diversion program. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 2, 2012 to February 5, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on January 22, 2013 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 26, 2012

cc: Jonathan Saxe, Esq.
    Debra Walsh, AUSA
    United States Marshal
    United States Probation