UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                       Case No. 12-cr-52-PB

**Ian Fitzmorris**


**O R D E R**

The defendant has moved to continue the February 5, 2013 trial in the above case for a period of 30 days, citing the need for additional time to finalize plans for defendant's participation in the pretrial diversion program. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from February 5, 2013 to March 5, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 22, 2013 final pretrial conference is continued to February 19, 2013 at 4:00 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 24, 2013

cc: Jonathan Saxe, Esq.
 Debra Walsh, AUSA
 United States Marshal
 United States Probation